# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:18CR97

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>RALPH DOUGLAS HUSBY, )<br>)<br>Defendant. )<br>_____ ) | **ORDER** |

This matter is before the Court on Defendant's Motion to Seal (# 11). Defendant seeks to seal his motion for an examination pursuant to 18 U.S.C. § 4241. <u>Id.</u> at 1. The Court finds that good cause has been shown to seal Defendant's motion. Therefore, Defendant's Motion to Seal (# 11) is GRANTED. The Clerk is respectfully DIRECTED to maintain (# 12) under seal.

Signed: August 31, 2018

*Dennis L. Howell*
Dennis L. Howell
United States Magistrate Judge