IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:18 CR 97

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | ORDER |
| v. | ) | |
| | ) | |
| RALPH DOUGLAS HUSBY | ) | |
| | ) | |

This matter is before the Court on a memorandum to the undersigned from United States Probation Officer Jennifer Call dated May 19, 2020. The memorandum provides information concerning Defendant's current health status.

The memorandum indicates that it has been copied to counsel for the Government and defense counsel.

The clerk will respectfully be directed to file a copy of the memorandum on the docket. Given the nature of the information, and at the request of Officer Call, the filing shall be made under seal.

The clerk will also respectfully be directed to schedule a status conference with counsel. Defendant's presence is not required at the conference.

It is so ordered.

Signed: May 19, 2020

W. Carleton Metcalf
United States Magistrate Judge