# THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# CRIMINAL CASE NO. 1:18-cr-00097-MR-WCM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> RALPH DOUGLAS HUSBY, ) <br> ) <br> Defendant. ) <br> _____ ) | **SPECIAL VERDICT** <br> Pursuant to <br> 18 U.S.C. § 4242(b)(3) |

**THIS MATTER** came for trial and was heard by the undersigned judge without a jury on August 31, 2020.

## WAIVER OF JURY TRIAL

The Defendant Ralph Douglas Husby waived his right to a jury trial, and the Government has consented. The Court approves this waiver pursuant to Rule 23(a)(3) of the Federal Rules of Criminal Procedure.

## SPECIAL VERDICT

After considering the facts stipulated by the parties, as well as the forensic psychiatric reports of record, the Court finds by clear and convincing that the Defendant is **Not Guilty Only by Reason of Insanity** of Counts One and Two of the Bill of Indictment. 18 U.S.C. § 4242(b)(3).

Based on the Court's Verdict with respect to Counts One and Two of the Bill of Indictment,

**IT IS, THEREFORE, ORDERED** that the Defendant is hereby allowed to self-report as informed and designated by the United States Marshals Service to be committed to the custody of the United States Attorney General for a reasonable period, not to exceed 45 days, for placement in a suitable facility for the completion of the examination as required by 18 U.S.C. §§ 4243(a) and 4247(b). The Attorney General shall designate a suitable facility for the Defendant as expeditiously as possible. Until so ordered to report, the Defendant shall remain under the same terms of release as previously set by the Magistrate Judge.

**IT IS FURTHER ORDERED** that a psychiatric or psychological examination of the Defendant shall be conducted and a psychiatric or psychological report be filed with the Court for the purpose of determining whether the Defendant is suffering from a mental disease or defect as a result of which his release would create a substantial risk of bodily injury to another person or serious damage to property of another, see 18 U.S.C. § 4247(c)(4)(C). The psychiatric or psychological report shall be completed as expeditiously as possible.

The Clerk of Court shall provide copies of this Special Verdict to counsel for the Government, counsel for the Defendant, and the United States Marshals Service.

**IT IS SO ORDERED.**

Signed: September 1, 2020

Martin Reidinger
Chief United States District Judge