# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## ASHEVILLE DIVISION
## CRIMINAL CASE NO. 1:18-cr-00097-MR-WCM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| **vs.** ) | **O R D E R** |
| ) | |
| RALPH DOUGLAS HUSBY, ) | |
| ) | |
| **Defendant.** ) | |
| _____ ) | |

**THIS MATTER** is before the Court *sua sponte*.

The Defendant Ralph Douglas Husby was found not guilty only by reason of insanity on September 1, 2020, and was allowed to self-report to a facility, as designated by the Attorney General, for an evaluation pursuant to 18 U.S.C. § 4247(c)(4)(C). [Doc. 88]. The Attorney General designated Federal Medical Center in Devens, Massachusetts ("FMC Devens") as a suitable facility for that evaluation, and the Defendant self-reported as instructed by the Court. The staff at FMC Devens now advises the Court that the evaluation has been completed and that the Defendant may now be released so that he may return to this District. In light of these

circumstances, and with the consent of both the Government and the Defendant, the Court hereby enters the following Order.

**IT IS, THEREFORE, ORDERED** that FMC Devens shall release the Defendant on Monday, December 21, 2020.

**IT IS FURTHER ORDERED** that the Defendant shall report to his probation officer within 72 hours of his release from FMC Devens.

**IT IS FURTHER ORDERED** that upon his release, the Defendant shall remain under the same terms of release as previously set by the Magistrate Judge.

**IT IS SO ORDERED.**

Signed: December 18, 2020

Martin Reidinger
Chief United States District Judge

2